UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HECTOR MARTINEZ and CARMEN MARTINEZ,

    Plaintiff,

v.                                                    Case No. 14-C-2

VERICREST FINANCIAL
also known as
Caliber Home Loans Inc,

    Defendants.

**ORDER**

Plaintiffs have filed a motion seeking to amend the protective order to allow third-parties and non-parties to mark proprietary or trade secret information as confidential. The Defendant does not oppose that aspect of the motion. It notes, however, that the proposed amended order also deletes a sentence from paragraph 15 of the original protective order, which stated that "Documents and things produced during the course of discovery shall be used by the receiving party in this litigation only, including any appeal thereof, and for no other purpose." The Plaintiff has not explained why that sentence was omitted. Accordingly, I will grant the motion to the extent it is unopposed, but will not delete the sentence quoted above. An amended protective order will be entered on the docket. The motion to amend the protective order is **GRANTED** in part, as set forth above.    **SO ORDERED** this 22nd day of December, 2014.

                                                  /s William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court